**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marquis Anthony NELSON,**
**Defendant–Appellant.**

**No. 16-7022**

United States Court of Appeals,
Fourth Circuit.

Submitted: October 13, 2016

Decided: October 18, 2016

Marquis Anthony Nelson, Appellant Pro Se. John Lanier File, Assistant United States Attorney, Beckley, West Virginia; Steven Loew, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marquis Anthony Nelson appeals the district court's order denying his motion for an evidentiary hearing. We have reviewed the record and find no reversible error. However, we affirm as modified to reflect that Nelson's motion is dismissed without prejudice for lack of jurisdiction. See United States v. Modanlo, 762 F.3d 403, 408 (4th Cir. 2014) (holding that "district court does not regain jurisdiction until the issuance of the mandate by the clerk of the court of appeals" (internal quotation marks omitted)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED